UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD EARL LEGARDY, | ) | 1:07-CV-0338 AWI WMW (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| SUPERIOR COURT OF STATE OF CALIFORNIA, | ) | (DOCUMENT #8) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 1, 2007, Petitioner filed a motion to extend time to extend time to file objections to the Findings and Recommendations entered June 17, 2007. Good cause having been presented to the court, Petitioner is HEREBY granted thirty (30) days from the date of service of this order in which to file objections to the Findings and Recommendations entered June 17, 2007.

IT IS SO ORDERED.

**Dated:   June 27, 2007**          /s/  **William M. Wunderlich**
                    UNITED STATES MAGISTRATE JUDGE