IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD EARL LEGARDY**, ) | 1:07-cv-00338-AWI WMW |
| ) | |
| Petitioner, ) | ORDER ADOPTING |
| ) | FINDINGS AND |
| vs. ) | RECOMMENDATIONS RE |
| ) | DISMISSAL OF PETITION |
| ) | FOR WRIT OF MANDAMUS |
| **SUPERIOR COURT OF STATE OF** ) | |
| **CALIFORNIA**, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Petitioner is proceeding pro se on a petition for writ of mandamus, requesting that this court issue an order requiring the California Superior Court to take certain actions.

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 17, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty

days.  Petitioner filed objections on July 25, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  As explained by the Magistrate Judge, a petition for writ of mandamus is not available as a means to challenge state court actions.   A petition for writ of mandamus is only available in federal court to request the federal court compel a United States officer or employee, not a state officer or employee, to perform a duty. See 28 U.S.C. § 1361.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on May 17,  2007, are a adopted in full;
2. The Petition for Writ of Mandamus is DISMISSED for lack of jurisdiction;
3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:     December 20, 2007**            **/s/ Anthony W. Ishii**
                                                             UNITED STATES DISTRICT JUDGE

2